## THE IOWA DISTRICT COURT IN AND FOR BLACK HAWK COUNTY

JONATHAN DAVIS and ALEXANDER HOLMES, )
                                  )    Case No.:

PLAINTIFFS, )

vs. )
                                    )    COMPLAINT AND
                                  )    JURY DEMAND

J & L INVESTMENTS, INC. d/b/a MCDONALD'S; JOHN FREYBERGER, SCOTT AMES, and JEDIDIAH KEA, Individually and in their Corporate Capacities; )

DEFENDANTS. )

COMES NOW the Plaintiffs, Jonathan Davis and Alexander Holmes (hereinafter Davis and Holmes), by and through their attorney Gregory F. Greiner, and for this cause of action against J & L Investments, Inc. d/b/a McDonald's (hereinafter McDonald's), and John Freyberger (hereinafter Freyberger), Scott Ames (hereinafter Ames), Jedidiah Kea (hereinafter Kea), Individually and in their Corporate Capacities, states as follows:

### INTRODUCTION

1.    This is a complaint that involves allegations under Iowa Civil Rights Act, Iowa Code Chapter 216, *et. seq.*, and associated claims involving Defendants' tortious actions.

2.    Plaintiff Davis is and was at all times material hereto a resident of Waterloo, Black Hawk County, Iowa.



EXHIBIT

A

3.      Plaintiff Holmes is and was at all times material hereto a resident of Waterloo, Black Hawk County, Iowa.

4.      McDonald's conducts business in Iowa as a domestic profit corporation, and has its place of business in Waterloo, Black Hawk County, Iowa.

5.      Upon information and belief, Mr. Freyberger is and was at all times material hereto a resident of Iowa, is an owner of McDonald's and personally participated in the unlawful actions set forth herein.

6.      Upon information and belief, Mr. Ames is and was at all times material hereto a resident of Iowa, is an employee of McDonald's and personally participated in the unlawful actions set forth herein.

7.      Upon information and belief, Mr. Kea is and was at all times material hereto a resident of Iowa, is an employee of McDonald's and personally participated in the unlawful actions set forth herein.

8.      The amount in controversy exceeds the jurisdictional requirements of the Iowa District Court in and for Black Hawk County.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES AND CONDITIONS PRECEDENT

9.      Plaintiffs  replead the allegations set forth as if fully set forth herein.

10.     Plaintiffs filed timely charges of discrimination against the Defendants with the Iowa Civil Rights Commission.

11.     Less than 90 days prior to the filing of this Petition, the Iowa Civil Rights Commission issued a right to sue letter with respect to the Plaintiffs.

2

12. All conditions precedent to Plaintiffs' claims for relief have been performed or have occurred.

## FACTS

13. Plaintiffs replead the allegations set forth as if fully set forth herein.

14. Plaintiffs are African American and have dark colored skin.

15. Plaintiff Davis began working as a cook at McDonald's in approximately March 2018.

16. Plaintiff Holmes began working as a cook at McDonald's in about April 2019.

17. On May 31, 2019, Plaintiffs worked a shift along with other employees at the McDonald's and Defendant Kea was supervising the shift.

18. While Plaintiffs were cooking at the restaurant grills, a cowbell sound rung, signaling that they needed to make a double quarter pound hamburger.

19. After the bell rung, Defendant Kea stated in a voice loud enough for all employees to hear, "Can I get a thank you?"

20. None of the McDonald's employees responded to Defendant Kea.

21. Defendant Kea then stated, "So ya'll ain't gonna answer me?"

22. Plaintiff Holmes responded, "Who is you talking to?"

23. Defendant Kea loudly responded, "you two motherfuckers!" and pointed at Plaintiffs Davis and Holmes.

3

24.     Plaintiffs Davis and Holmes were shocked by Defendant Kea's statements and tone and did not immediately respond.

25.     Defendant Kea then yelled at them to clock out.

26.     Plaintiff Davis was embarrassed by Defendant Kea's statements and tone and asked Defendant Kea to go outside to discuss what was happening.

27.     Defendant Kea did not respond back to Plaintiff Davis' request to discuss what was happening.

28.     Defendant Kea then went to the restaurant's office and called district manager, Scott Ames.

29.     When Defendant Kea returned he told Plaintiffs that Scott Ames instructed them to clock out, or they would be escorted out by the police.

30.     Plaintiffs left the restaurant.

31.     Plaintiffs then scheduled a meeting with Defendants Freyberger and Ames with the goal of retaining their jobs at McDonald's.

32.     Plaintiffs requested to have an attorney present at the meeting, and at the time of the planned meeting Defendants Freyberger and Ames cancelled the meeting and thereafter notified the Plaintiffs that they were fired on or about June 3, 2019.

33.     Defendant Freyberger told Plaintiffs that they were fired because they argued with Defendant Kea and threatened violence.

34.     Plaintiffs never argued with Defendant Kea or threatened violence.

4

35.     Defendant Kea habitually treated African American employees differently from the other Caucasian employees, including excluding the African American employees from shift meetings.

36.     Defendants also treated Caucasian employees differently by using different disciplinary actions in response to Caucasian employees who committed alleged workplace misconduct.

37.     Defendants discriminated against Plaintiffs due to their race and skin color.

38.     Defendants violated Plaintiffs right to be free of workplace discrimination.

39.     Plaintiffs have been damaged financially and emotionally.

**FIRST CAUSE OF ACTION: VIOLATION OF IOWA CIVIL RIGHTS ACT BASED UPON DISCRIMINATION IN EMPLOYMENT ON THE BASIS OF RACE AND SKIN COLOR**

40.     Plaintiffs replead the allegations set forth as if fully set forth herein.

41.     This claim is brought by Plaintiffs against Defendants for violations of the Iowa Civil Rights Act, Iowa Code Chapter 216, *et. seq.,* on the basis race and skin color discrimination in employment.

42.     Plaintiffs were discriminated against based upon their race and skin color by Defendants.

43.     Due to their race and skin color, Plaintiffs are members of a covered group.

5

44.     Defendants subjected Plaintiffs to a hostile work environment and terminated them on or about June 3, 2019.

45.     Plaintiffs' race and skin color were motivating factors for the harassment, discrimination, and wrongful termination.

46.     But for Plaintiffs' race and skin color they would not have been harassed, discriminated against, and wrongfully terminated by the Defendants.

47.     The hostile actions taken by the Defendants were done with the intent to discriminate against the Plaintiffs and Defendants stated reasons for terminating the Plaintiffs were a pretext to hide race and skin color discrimination.

48.     The Defendants acted with willfulness, malice, or reckless disregard to the Plaintiffs' rights not to be discriminated against on the basis of race and skin color.

49.     Because of the Defendants' actions, Plaintiffs have suffered injuries, to include but not limited liquidated damages for lost wages and benefits and future lost income and benefits.

WHEREFORE Plaintiff demands judgment against Defendants in an amount which will fully and fairly compensate Plaintiff's for their injuries and damages, including lost wages, mental anguish, damage to reputation, and punitive damages, for appropriate equitable relief, for prejudgment and post judgment interest, for attorney fees, including litigation expenses, for the costs of this action, and for such other relief as may be just in the circumstances and consistent with the purpose of the Iowa Civil Rights Act.

6

## SECOND CAUSE OF ACTION: VIOLATION OF TITLE VII, DISCRIMINATION IN EMPLOYMENT ON THE BASIS OF RACE AND SKIN COLOR

50.     Plaintiffs replead the allegations set forth as if fully set forth herein.

51.     This claim is brought by Plaintiffs against Defendants for violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et. seq.,* on the basis race and skin color discrimination in employment.

52.     Plaintiffs were discriminated against based upon their race and skin color by Defendants.

53.     Due to their race and skin color, Plaintiffs are members of a covered group.

54.     Defendants subjected Plaintiffs to a hostile work environment and terminated them on or about June 3, 2019.

55.     Plaintiffs' race and skin color were motivating factors for the harassment, discrimination, and wrongful termination.

56.     But for Plaintiffs' race and skin color they would not have been harassed, discriminated against, and wrongfully terminated by the Defendants.

57.     The hostile actions taken by the Defendants were done with the intent to discriminate against the Plaintiffs and Defendants stated reasons for terminating the Plaintiffs were a pretext to hide race and skin color discrimination.

58.     The Defendants acted with willfulness, malice, or reckless disregard to the Plaintiffs' rights not to be discriminated against on the basis of race and color.

7

59.     Because of the Defendants' actions, Plaintiffs have suffered injuries, to include but not limited liquidated damages for lost wages and benefits and future lost income and benefits.

WHEREFORE Plaintiff demands judgment against Defendants in an amount which will fully and fairly compensate Plaintiff's for their injuries and damages, including lost wages, mental anguish, damage to reputation, and punitive damages, for appropriate equitable relief, for prejudgment and post judgment interest, for attorney fees, including litigation expenses, for the costs of this action, and for such other relief as may be just in the circumstances and consistent with the purpose of Title VII of the Civil Rights Act of 1964.

### THIRD CAUSE OF ACTION:  VIOLATION OF EQUAL RIGHTS UNDER THE LAW, 42 U.S.C. § 1981, BASED UPON DISCRIMINATION IN EMPLOYMENT ON THE BASIS OF RACE AND SKIN COLOR

60.     Plaintiffs replead the allegations set forth as if fully set forth herein.

61.     This claim is brought by Plaintiffs against Defendants for violations of the Equal Rights Under the Law, 42 U.S.C. § 1981, *et. seq.,* on the basis race and skin color discrimination in employment.

62.     Plaintiffs were discriminated against based upon their race and skin color by Defendants.

63.     Due to their race and skin color, Plaintiffs are members of a covered group.

8

64.    Defendants subjected Plaintiffs to a hostile work environment and terminated them on or about June 3, 2019.

65.    Plaintiffs' race and skin color were motivating factors for the harassment, discrimination, and wrongful termination.

66.    But for Plaintiffs' race and skin color they would not have been harassed, discriminated against, and wrongfully terminated by the Defendants.

67.    The hostile actions taken by the Defendants were done with the intent to harass the Plaintiffs and Defendants stated reasons for terminating the Plaintiffs were a pretext to hide race and color discrimination.

68.    The Defendants acted with willfulness, malice, or reckless disregard to the Plaintiffs' rights not to be discriminated against on the basis of race and color.

69.    Because of the Defendants' actions, Plaintiffs have suffered injuries, to include but not limited liquidated damages for lost wages and benefits and future lost income and benefits.

WHEREFORE Plaintiff demands judgment against Defendants in an amount which will fully and fairly compensate Plaintiff's for their injuries and damages, including lost wages, mental anguish, damage to reputation, and punitive damages, for appropriate equitable relief, for prejudgment and post judgment interest, for attorney fees, including litigation expenses, for the costs of this action, and for such other relief as may be just in the circumstances and consistent with the purposes of 42 U.S.C. § 1981, Equal Rights Under the Law.

9

## JURY DEMAND

70.     Plaintiffs hereby request a trial by jury.


                              By:  /s/ Gregory F. Greiner, AT0003094
                              Attorney for Plaintiffs
                              5550 Wild Rose Lane, Suite 400
                              West Des Moines, IA 50266
                              Phone: (515) 650-4399
                              Fax: (515) 650-4388
                              Email:  greg@recovery-lawyers.com

10

THE IOWA DISTRICT COURT IN AND FOR BLACK HAWK COUNTY

| | | |
|---|---|---|
| JONATHAN DAVIS and ALEXANDER HOLMES, | ) ) ) | Case No.: LACV142246 |
| PLAINTIFFS, | ) ) | |
| vs. | ) ) | ORIGINAL NOTICE |
| J & L INVESTMENTS, INC. d/b/a MCDONALD'S; JOHN FREYBERGER, SCOTT AMES, and JEDIDIAH KEA, Individually and in their Corporate Capacities; | ) ) ) ) ) ) ) | |
| DEFENDANTS. | ) | |

**TO:** **Scott Ames**          **Work Address:**
          **121 Lovejoy Ave**          **2016 Howard Avenue**
          **Waterloo, IA 50701**          **Waterloo, IA 50702**

You are notified that a petition has been filed in the office of the clerk of this court naming you as the defendant(s) in this action. A copy of the petition (and any documents filed with it) is attached to this notice. The name and address of the attorney for the plaintiff(s) is Gregory F. Greiner, 5550 Wild Rose Lane, Suite 400, West Des Moines, IA 50266. The attorney's phone number is (515) 650-4399; facsimile number is (515) 650-4388.

You are further notified that the above case has been filed in a county that utilizes electronic filing. Unless, within 20 days after service of this original notice upon you, you serve, and within a reasonable time thereafter file a motion or answer, in the Iowa District Court for Black Hawk County, at the courthouse in Waterloo, Iowa, judgment by default will be rendered against you for the relief demanded in the petition. Please see Iowa Court Rules Chapter 16 for information on electronic filing and Iowa Court Rules Chapter 16, division VI regarding the protection of personal information in court filings.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (319) 833-3332. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942)

**IMPORTANT:** YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS

# STATE OF IOWA JUDICIARY

*Case No.* LACV142246

*County* Black Hawk

*Case Title* JONATHAN DAVIS ET AL VS J & L INVESTMENTS ET AL

**THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.**
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

**FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:**
http://www.iowacourts.state.ia.us/Efile

**FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16:** http://www.iowacourts.state.ia.us/Efile

*Scheduled Hearing:*

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(319) 833-3332**   .  (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942**.)

*Date Issued* 03/12/2021 11:19:31 AM



*District Clerk of* Black Hawk                    *County*

/s/ Vanessa Rosauer

THE IOWA DISTRICT COURT IN AND FOR BLACK HAWK COUNTY

| | | |
|---|---|---|
| JONATHAN DAVIS and ALEXANDER HOLMES, | ) ) ) | Case No.: LACV142246 |
| PLAINTIFFS, | ) ) ) | |
| vs. | ) ) | ORIGINAL NOTICE |
| J & L INVESTMENTS, INC. d/b/a MCDONALD'S; JOHN FREYBERGER, SCOTT AMES, and JEDIDIAH KEA, Individually and in their Corporate Capacities; | ) ) ) ) ) ) ) | |
| DEFENDANTS. | ) ) | |

**TO:  John Freyberger**
**2016 Howard Avenue**
**Waterloo, IA 50702**

You are notified that a petition has been filed in the office of the clerk of this court naming you as the defendant(s) in this action.  A copy of the petition (and any documents filed with it) is attached to this notice. The name and address of the attorney for the plaintiff(s) is Gregory F. Greiner, 5550 Wild Rose Lane, Suite 400, West Des Moines, IA 50266.  The attorney's phone number is (515) 650-4399; facsimile number is (515) 650-4388.

You are further notified that the above case has been filed in a county that utilizes electronic filing.  Unless, within 20 days after service of this original notice upon you, you serve, and within a reasonable time thereafter file a motion or answer, in the Iowa District Court for Black Hawk County, at the courthouse in Waterloo, Iowa, judgment by default will be rendered against you for the relief demanded in the petition.  Please see Iowa Court Rules Chapter 16 for information on electronic filing and Iowa Court Rules Chapter 16, division VI regarding the protection of personal information in court filings.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (319) 833-3332.  (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942)

**IMPORTANT:** YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS

# STATE OF IOWA JUDICIARY

*Case No.* LACV142246

*County* Black Hawk

*Case Title* JONATHAN DAVIS ET AL VS J & L INVESTMENTS ET AL

**THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.**
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

**FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:**
http://www.iowacourts.state.ia.us/Efile

**FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16:** http://www.iowacourts.state.ia.us/Efile

*Scheduled Hearing:*

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(319) 833-3332**   .  (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942**.)

*Date Issued*   03/12/2021 11:19:31 AM



*District Clerk of* Black Hawk          *County*

/s/ Vanessa Rosauer

THE IOWA DISTRICT COURT IN AND FOR BLACK HAWK COUNTY

| | | |
|---|---|---|
| JONATHAN DAVIS and ALEXANDER HOLMES, | ) ) ) | Case No.: LACV142246 |
| PLAINTIFFS, | ) ) | |
| vs. | ) ) | ORIGINAL NOTICE |
| J & L INVESTMENTS, INC. d/b/a MCDONALD'S; JOHN FREYBERGER, SCOTT AMES, and JEDIDIAH KEA, Individually and in their Corporate Capacities; | ) ) ) ) ) ) | |
| DEFENDANTS. | ) ) | |

**TO: Registered Agent:**
  **J & L Investments, Inc.**
  **Attn: John Freyberger**
  **2016 Howard Avenue**
  **Waterloo, IA 50702**

You are notified that a petition has been filed in the office of the clerk of this court naming you as the defendant(s) in this action. A copy of the petition (and any documents filed with it) is attached to this notice. The name and address of the attorney for the plaintiff(s) is Gregory F. Greiner, 5550 Wild Rose Lane, Suite 400, West Des Moines, IA 50266. The attorney's phone number is (515) 650-4399; facsimile number is (515) 650-4388.

You are further notified that the above case has been filed in a county that utilizes electronic filing. Unless, within 20 days after service of this original notice upon you, you serve, and within a reasonable time thereafter file a motion or answer, in the Iowa District Court for Black Hawk County, at the courthouse in Waterloo, Iowa, judgment by default will be rendered against you for the relief demanded in the petition. Please see Iowa Court Rules Chapter 16 for information on electronic filing and Iowa Court Rules Chapter 16, division VI regarding the protection of personal information in court filings.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (319) 833-3332. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942)

**IMPORTANT:** YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS

# STATE OF IOWA JUDICIARY

*Case No.* LACV142246

*County* Black Hawk

*Case Title* JONATHAN DAVIS ET AL VS J & L INVESTMENTS ET AL

**THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.**
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

**FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:**
http://www.iowacourts.state.ia.us/Efile

**FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16:** http://www.iowacourts.state.ia.us/Efile

*Scheduled Hearing:*

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(319) 833-3332** . (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942**.)

*Date Issued* 03/12/2021 11:19:31 AM



*District Clerk of* Black Hawk        *County*

/s/ Vanessa Rosauer

THE IOWA DISTRICT COURT IN AND FOR BLACK HAWK COUNTY

| | | |
|---|---|---|
| JONATHAN DAVIS and ALEXANDER HOLMES, | ) ) ) | Case No.:  LACV142246 |
| PLAINTIFFS, | ) ) ) | |
| vs. | ) ) | ORIGINAL NOTICE |
| | ) | |
| J & L INVESTMENTS, INC. d/b/a MCDONALD'S; JOHN FREYBERGER, SCOTT AMES, and JEDIDIAH KEA, Individually and in their Corporate Capacities; | ) ) ) ) ) ) | |
| DEFENDANTS. | ) ) | |

**TO:  Jedidiah Kea**            **Work Address:**
       **1104 W 5th Street**        **2016 Howard Avenue**
       **Waterloo, IA 50702**       **Waterloo, IA 50702**

You are notified that a petition has been filed in the office of the clerk of this court naming you as the defendant(s) in this action. A copy of the petition (and any documents filed with it) is attached to this notice. The name and address of the attorney for the plaintiff(s) is Gregory F. Greiner, 5550 Wild Rose Lane, Suite 400, West Des Moines, IA 50266. The attorney's phone number is (515) 650-4399; facsimile number is (515) 650-4388.

You are further notified that the above case has been filed in a county that utilizes electronic filing. Unless, within 20 days after service of this original notice upon you, you serve, and within a reasonable time thereafter file a motion or answer, in the Iowa District Court for Black Hawk County, at the courthouse in Waterloo, Iowa, judgment by default will be rendered against you for the relief demanded in the petition. Please see Iowa Court Rules Chapter 16 for information on electronic filing and Iowa Court Rules Chapter 16, division VI regarding the protection of personal information in court filings.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (319) 833-3332. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942)

**IMPORTANT:** YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS

# STATE OF IOWA JUDICIARY

*Case No.* LACV142246

*County* Black Hawk

*Case Title* JONATHAN DAVIS ET AL VS J & L INVESTMENTS ET AL

**THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.**
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

**FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:**
http://www.iowacourts.state.ia.us/Efile

**FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16:** http://www.iowacourts.state.ia.us/Efile

*Scheduled Hearing:*

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(319) 833-3332** . (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942**.)

*Date Issued* 03/12/2021 11:19:31 AM



*District Clerk of* Black Hawk          *County*

/s/ Vanessa Rosauer

**CVPS, LLC**

A SCANNED COPY OF THIS DOCUMENT
WAS FILED WITH THE IOWA EDMS.

1729 FALLS AVE STE D
WATERLOO IA 50701
(319) 234-1407

## AFFIDAVIT OF RETURN OF SERVICE

STATE OF IOWA )
 )
 BLACK HAWK COUNTY)ss

I, the undersigned, being duly sworn on oath do hereby depose and state that I received the attached notice order, and/or other document(s) on the **12** day of **MARCH**, 20 **21**, that on the **15** day of **MARCH** 20 **21**, I served on the within-named **SCOTT AMES** at **2016 HOWARD AVE (WORK)**, in **WATERLOO** in **BLACK HAWK** County, Iowa by delivering a true and identical copy of each such item in the following manner:

✓ I served the same by delivering a copy thereof to the above person(s) personally.

_____ I served the same on the above person at the above person's dwelling house or usual place of abode (which place was not a rooming house, hotel, club or apartment building) by there delivering a copy thereof to the individual named below, a person who was then at least 18 years old.

_____ I served the same on the above person at the above person's dwelling, house or usual of abode (which place was a rooming house, hotel, club or apartment) by there delivering a copy thereof to a member of the family or manager, clerk, proprietor, custodian or person(s) in possession named and described below, a person who was then at least 18 years old.

_____ I served the above person(s), company and/or corporation by delivering a copy to the person named and described Below. Said service was made at the address shown below, if any, otherwise at the address above.

Rule 1.302(5) Original notices may be served by any person who is neither a party nor the attorney for a party to the action. A party or party's agent may take an acknowledgment of service and deliver a copy of the original notice

NAME AND TITLE OR RELATIONSHIP OF INDIVIDUAL SERVED (IF NOT SHOWN ABOVE)
Description of Person Served:

✓M _____F Ethnicity/ Skin Color **White** Age **50's** Height **5'** **11"** Weight **220lbs** Hair Color **Black**

Beard/Mustache ✓Y _____N Glasses ✓Y _____N

SERVICE TIME **12:37PM**

CVPS FILE NO. **21-609**

BY _[signature]_

ORIGINAL NOTICE; COMPLAINT AND
PROCESS TYPE **JURY DEMAND**

SANDRA L. COMBS , PROCESS SERVER

CASE NO. **LACV142246**

SUBSCRIBED AND SWORN TO BEFORE ME THE SAID _____ SANDRA L. COMBS

THIS **16** DAY OF **MARCH**, 20 **21**.

_[signature]_ NOTARY PUBLIC

**CVPS, LLC**
TAX ID: 46-1053224
cvps@cvpsllc.net
www.cvpsllc.net

ANTHONY MILLER
Commission Number 753187
MY COMMISSION EXPIRES
6-10-2023

## THE IOWA DISTRICT COURT IN AND FOR BLACK HAWK COUNTY

| | |
|---|---|
| JONATHAN DAVIS and ALEXANDER HOLMES,       PLAINTIFFS, <br><br> vs. <br><br> J & L INVESTMENTS, INC. d/b/a MCDONALD'S; JOHN FREYBERGER, SCOTT AMES, and JEDIDIAH KEA, Individually and in their Corporate Capacities; <br><br> DEFENDANTS. | Case No.: LACV142246 <br><br><br><br> ORIGINAL NOTICE |

**TO:**  **Scott Ames**  **Work Address:**
       **121 Lovejoy Ave**  **2016 Howard Avenue**
       **Waterloo, IA 50701**  **Waterloo, IA 50702**

You are notified that a petition has been filed in the office of the clerk of this court naming you as the defendant(s) in this action. A copy of the petition (and any documents filed with it) is attached to this notice. The name and address of the attorney for the plaintiff(s) is Gregory F. Greiner, 5550 Wild Rose Lane, Suite 400, West Des Moines, IA 50266. The attorney's phone number is (515) 650-4399; facsimile number is (515) 650-4388.

You are further notified that the above case has been filed in a county that utilizes electronic filing. Unless, within 20 days after service of this original notice upon you, you serve, and within a reasonable time thereafter file a motion or answer, in the Iowa District Court for Black Hawk County, at the courthouse in Waterloo, Iowa, judgment by default will be rendered against you for the relief demanded in the petition. Please see Iowa Court Rules Chapter 16 for information on electronic filing and Iowa Court Rules Chapter 16, division VI regarding the protection of personal information in court filings.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (319) 833-3332. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942)

**IMPORTANT:** YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS

**CEDAR VALLEY PROCESS SERVICE**
DATE RECD: 3-12-2021
TIME RECD: 2:00 p.m.
FILE NO: 21-609

# STATE OF IOWA JUDICIARY

*Case No.* LACV142246

*County* **Black Hawk**

*Case Title* JONATHAN DAVIS ET AL VS J & L INVESTMENTS ET AL

**THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.**
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

**FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:** http://www.iowacourts.state.ia.us/Efile

**FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16:** http://www.iowacourts.state.ia.us/Efile

*Scheduled Hearing:*

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(319) 833-3332** . (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942.**)

*Date Issued* 03/12/2021 11:19:31 AM



*District Clerk of* Black Hawk        *County*

/s/ Vanessa Rosauer

## THE IOWA DISTRICT COURT IN AND FOR BLACK HAWK COUNTY

| | | |
|---|---|---|
| JONATHAN DAVIS and ALEXANDER HOLMES, | ) ) | Case No.: |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| vs. | ) | **COMPLAINT AND** |
| | ) | **JURY DEMAND** |
| J & L INVESTMENTS, INC. d/b/a MCDONALD'S; JOHN FREYBERGER, SCOTT AMES, and JEDIDIAH KEA, Individually and in their Corporate Capacities; | ) ) ) ) ) ) | |
| | ) | |
| DEFENDANTS. | ) | |

COMES NOW the Plaintiffs, Jonathan Davis and Alexander Holmes (hereinafter Davis and Holmes), by and through their attorney Gregory F. Greiner, and for this cause of action against J & L Investments, Inc. d/b/a McDonald's (hereinafter McDonald's), and John Freyberger (hereinafter Freyberger), Scott Ames (hereinafter Ames), Jedidiah Kea (hereinafter Kea), Individually and in their Corporate Capacities, states as follows:

### INTRODUCTION

1.    This is a complaint that involves allegations under Iowa Civil Rights Act, Iowa Code Chapter 216, *et. seq.*, and associated claims involving Defendants' tortious actions.

2.    Plaintiff Davis is and was at all times material hereto a resident of Waterloo, Black Hawk County, Iowa.

1

3.     Plaintiff Holmes is and was at all times material hereto a resident of Waterloo, Black Hawk County, Iowa.

4.     McDonald's conducts business in Iowa as a domestic profit corporation, and has its place of business in Waterloo, Black Hawk County, Iowa.

5.     Upon information and belief, Mr. Freyberger is and was at all times material hereto a resident of Iowa, is an owner of McDonald's and personally participated in the unlawful actions set forth herein.

6.     Upon information and belief, Mr. Ames is and was at all times material hereto a resident of Iowa, is an employee of McDonald's and personally participated in the unlawful actions set forth herein.

7.     Upon information and belief, Mr. Kea is and was at all times material hereto a resident of Iowa, is an employee of McDonald's and personally participated in the unlawful actions set forth herein.

8.     The amount in controversy exceeds the jurisdictional requirements of the Iowa District Court in and for Black Hawk County.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES AND CONDITIONS PRECEDENT

9.     Plaintiffs  replead the allegations set forth as if fully set forth herein.

10.     Plaintiffs filed timely charges of discrimination against the Defendants with the Iowa Civil Rights Commission.

11.     Less than 90 days prior to the filing of this Petition, the Iowa Civil Rights Commission issued a right to sue letter with respect to the Plaintiffs.

2

12.     All conditions precedent to Plaintiffs' claims for relief have been performed or have occurred.

## FACTS

13.     Plaintiffs replead the allegations set forth as if fully set forth herein.

14.     Plaintiffs are African American and have dark colored skin.

15.     Plaintiff Davis began working as a cook at McDonald's in approximately March 2018.

16.     Plaintiff Holmes began working as a cook at McDonald's in about April 2019.

17.     On May 31, 2019, Plaintiffs worked a shift along with other employees at the McDonald's and Defendant Kea was supervising the shift.

18.     While Plaintiffs were cooking at the restaurant grills, a cowbell sound rung, signaling that they needed to make a double quarter pound hamburger.

19.     After the bell rung, Defendant Kea stated in a voice loud enough for all employees to hear, "Can I get a thank you?"

20.     None of the McDonald's employees responded to Defendant Kea.

21.     Defendant Kea then stated, "So ya'll ain't gonna answer me?"

22.     Plaintiff Holmes responded, "Who is you talking to?"

23.     Defendant Kea loudly responded, "you two motherfuckers!" and pointed at Plaintiffs Davis and Holmes.

3

24.    Plaintiffs Davis and Holmes were shocked by Defendant Kea's statements and tone and did not immediately respond.

25.    Defendant Kea then yelled at them to clock out.

26.    Plaintiff Davis was embarrassed by Defendant Kea's statements and tone and asked Defendant Kea to go outside to discuss what was happening.

27.    Defendant Kea did not respond back to Plaintiff Davis' request to discuss what was happening.

28.    Defendant Kea then went to the restaurant's office and called district manager, Scott Ames.

29.    When Defendant Kea returned he told Plaintiffs that Scott Ames instructed them to clock out, or they would be escorted out by the police.

30.    Plaintiffs left the restaurant.

31.    Plaintiffs then scheduled a meeting with Defendants Freyberger and Ames with the goal of retaining their jobs at McDonald's.

32.    Plaintiffs requested to have an attorney present at the meeting, and at the time of the planned meeting Defendants Freyberger and Ames cancelled the meeting and thereafter notified the Plaintiffs that they were fired on or about June 3, 2019.

33.    Defendant Freyberger told Plaintiffs that they were fired because they argued with Defendant Kea and threatened violence.

34.    Plaintiffs never argued with Defendant Kea or threatened violence.

4

35.     Defendant Kea habitually treated African American employees differently from the other Caucasian employees, including excluding the African American employees from shift meetings.

36.     Defendants also treated Caucasian employees differently by using different disciplinary actions in response to Caucasian employees who committed alleged workplace misconduct.

37.     Defendants discriminated against Plaintiffs due to their race and skin color.

38.     Defendants violated Plaintiffs right to be free of workplace discrimination.

39.     Plaintiffs have been damaged financially and emotionally.

## FIRST CAUSE OF ACTION: VIOLATION OF IOWA CIVIL RIGHTS ACT BASED UPON DISCRIMINATION IN EMPLOYMENT ON THE BASIS OF RACE AND SKIN COLOR

40.     Plaintiffs replead the allegations set forth as if fully set forth herein.

41.     This claim is brought by Plaintiffs against Defendants for violations of the Iowa Civil Rights Act, Iowa Code Chapter 216, *et. seq.,* on the basis race and skin color discrimination in employment.

42.     Plaintiffs were discriminated against based upon their race and skin color by Defendants.

43.     Due to their race and skin color, Plaintiffs are members of a covered group.

5

44. Defendants subjected Plaintiffs to a hostile work environment and terminated them on or about June 3, 2019.

45. Plaintiffs' race and skin color were motivating factors for the harassment, discrimination, and wrongful termination.

46. But for Plaintiffs' race and skin color they would not have been harassed, discriminated against, and wrongfully terminated by the Defendants.

47. The hostile actions taken by the Defendants were done with the intent to discriminate against the Plaintiffs and Defendants stated reasons for terminating the Plaintiffs were a pretext to hide race and skin color discrimination.

48. The Defendants acted with willfulness, malice, or reckless disregard to the Plaintiffs' rights not to be discriminated against on the basis of race and skin color.

49. Because of the Defendants' actions, Plaintiffs have suffered injuries, to include but not limited liquidated damages for lost wages and benefits and future lost income and benefits.

WHEREFORE Plaintiff demands judgment against Defendants in an amount which will fully and fairly compensate Plaintiffs for their injuries and damages, including lost wages, mental anguish, damage to reputation, and punitive damages, for appropriate equitable relief, for prejudgment and post judgment interest, for attorney fees, including litigation expenses, for the costs of this action, and for such other relief as may be just in the circumstances and consistent with the purpose of the Iowa Civil Rights Act.

6

## SECOND CAUSE OF ACTION: VIOLATION OF TITLE VII, DISCRIMINATION IN EMPLOYMENT ON THE BASIS OF RACE AND SKIN COLOR

50. Plaintiffs replead the allegations set forth as if fully set forth herein.

51. This claim is brought by Plaintiffs against Defendants for violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et. seq.*, on the basis race and skin color discrimination in employment.

52. Plaintiffs were discriminated against based upon their race and skin color by Defendants.

53. Due to their race and skin color, Plaintiffs are members of a covered group.

54. Defendants subjected Plaintiffs to a hostile work environment and terminated them on or about June 3, 2019.

55. Plaintiffs' race and skin color were motivating factors for the harassment, discrimination, and wrongful termination.

56. But for Plaintiffs' race and skin color they would not have been harassed, discriminated against, and wrongfully terminated by the Defendants.

57. The hostile actions taken by the Defendants were done with the intent to discriminate against the Plaintiffs and Defendants stated reasons for terminating the Plaintiffs were a pretext to hide race and skin color discrimination.

58. The Defendants acted with willfulness, malice, or reckless disregard to the Plaintiffs' rights not to be discriminated against on the basis of race and color.

7

59. Because of the Defendants' actions, Plaintiffs have suffered injuries, to include but not limited liquidated damages for lost wages and benefits and future lost income and benefits.

WHEREFORE Plaintiff demands judgment against Defendants in an amount which will fully and fairly compensate Plaintiffs for their injuries and damages, including lost wages, mental anguish, damage to reputation, and punitive damages, for appropriate equitable relief, for prejudgment and post judgment interest, for attorney fees, including litigation expenses, for the costs of this action, and for such other relief as may be just in the circumstances and consistent with the purpose of Title VII of the Civil Rights Act of 1964.

## THIRD CAUSE OF ACTION: VIOLATION OF EQUAL RIGHTS UNDER THE LAW, 42 U.S.C. § 1981, BASED UPON DISCRIMINATION IN EMPLOYMENT ON THE BASIS OF RACE AND SKIN COLOR

60. Plaintiffs replead the allegations set forth as if fully set forth herein.

61. This claim is brought by Plaintiffs against Defendants for violations of the Equal Rights Under the Law, 42 U.S.C. § 1981, *et. seq.*, on the basis race and skin color discrimination in employment.

62. Plaintiffs were discriminated against based upon their race and skin color by Defendants.

63. Due to their race and skin color, Plaintiffs are members of a covered group.

8

64. Defendants subjected Plaintiffs to a hostile work environment and terminated them on or about June 3, 2019.

65. Plaintiffs' race and skin color were motivating factors for the harassment, discrimination, and wrongful termination.

66. But for Plaintiffs' race and skin color they would not have been harassed, discriminated against, and wrongfully terminated by the Defendants.

67. The hostile actions taken by the Defendants were done with the intent to harass the Plaintiffs and Defendants stated reasons for terminating the Plaintiffs were a pretext to hide race and color discrimination.

68. The Defendants acted with willfulness, malice, or reckless disregard to the Plaintiffs' rights not to be discriminated against on the basis of race and color.

69. Because of the Defendants' actions, Plaintiffs have suffered injuries, to include but not limited liquidated damages for lost wages and benefits and future lost income and benefits.

WHEREFORE Plaintiff demands judgment against Defendants in an amount which will fully and fairly compensate Plaintiffs for their injuries and damages, including lost wages, mental anguish, damage to reputation, and punitive damages, for appropriate equitable relief, for prejudgment and post judgment interest, for attorney fees, including litigation expenses, for the costs of this action, and for such other relief as may be just in the circumstances and consistent with the purposes of 42 U.S.C. § 1981, Equal Rights Under the Law.

9

## JURY DEMAND

70.     Plaintiffs hereby request a trial by jury.

 

                         By: *Isl Gregory F. Greiner, AT0003094*
                         Attorney for Plaintiffs
                         5550 Wild Rose Lane, Suite 400
                         West Des Moines, IA 50266
                         Phone: (515) 650-4399
                         Fax: (515) 650-4388
                         Email: greg@recovery-lawyers.com

10

ORIGINAL NOTICE, COMPLAINT AND JURY DEMAND

INDEX/CASE# LACV142246                     JOB#

## CVPS TRIP SHEET

FILE NO. 21-609     DATE RECEIVED: 3/12/2021     TIME: 2:00PM

| DATE | TIME | ADDRESS | COMMENTS |
|------|------|---------|----------|
| 1 3/5/21 | 12:37pm | 2016 Howard Ave | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |

PERSON TO BE SERVED: SCOTT AMES

SIGNATURE: _____     Print Name & Title:

The above signed individual, acknowledges they have received [✓]1 [ ]2 [ ]3 [ ]4 [ ]5 [ ]6 [ ]7 [ ]8 copies of service

[✓]M [ ]F   Ethnicity W   Age 3   Height 5 '11 " Weight 220 lbs Hair Color B

Beard/Mustache [X]Y [ ]N   Glasses [Y]Y [ ]N

PERSON REQUESTING SERVICE:

DISCRIMINATION RECOVERY LAWYERS 5550 WILD ROSE LANE STE 400, WES DES MOINES IA 50266

ADDRESS TO BE SERVED: 121 LOVEJOY AVE

WATERLOO (01)

SPECIAL INSTRUCTIONS: WORK ADDRESS: 2016 HOWARD AVE WATERLOO (02

PAID$                CHECK#                DATE:

**CVPS, LLC**

1729 FALLS AVE STE D
WATERLOO IA 50701
(319) 234-1407

A SCANNED COPY OF THIS DOCUMENT
WAS FILED WITH THE IOWA EDMS.

# AFFIDAVIT OF RETURN OF SERVICE

STATE OF IOWA )
 )
__BLACK HAWK_____COUNTY)ss

I, the undersigned, being duly sworn on oath do hereby depose and state that I received the attached notice order, and/or other document(s) on the __12__ day of __MARCH_____, 20 __21__, that on the __17__ day of __MARCH_____ 20 __21__ I served on the within-named __JOHN FREYBERGER_____

at __3217 HWY D65_____, in __DYSART_____ in __TAMA_____ County, Iowa

by delivering a true and identical copy of each such item in the following manner:

__✓__ I served the same by delivering a copy thereof to the above person(s) personally.

_____ I served the same on the above person at the above person's dwelling house or usual place of abode (which place was not a rooming house, hotel, club or apartment building) by there delivering a copy thereof to the individual named below, a person who was then at least 18 years old.

_____ I served the same on the above person at the above person's dwelling, house or usual of abode (which place was a rooming house, hotel, club or apartment) by there delivering a copy thereof to a member of the family or manager, clerk, proprietor, custodian or person(s) in possession named and described below, a person who was then at least 18 years old.

_____ I served the above person(s), company and/or corporation by delivering a copy to the person named and described Below. Said service was made at the address shown below, if any, otherwise at the address above.

_____

Rule 1.302(5) Original notices may be served by any person who is neither a party nor the attorney for a party to the action. A party or party's agent may take an acknowledgment of service and deliver a copy of the original notice

NAME AND TITLE OR RELATIONSHIP OF INDIVIDUAL SERVED (IF NOT SHOWN ABOVE)

Description of Person Served:

__✓__ M ___ F Ethnicity/ Skin Color __White__ Age __70's__ Height __5'__ __9"__ Weight __198__ lbs Hair Color __White__

Beard/Mustache __✓__ Y ___ N Glasses ___ Y __✓__ N

SERVICE TIME __5:00PM__

CVPS FILE NO. __21-612__

PROCESS TYPE __ORIGINAL NOTICE; COMPLAINT AND JURY DEMAND__

CASE NO. __LACV142246__

_By_ _Sandra L Combs_

SANDRA L. COMBS , PROCESS SERVER

SUBSCRIBED AND SWORN TO BEFORE ME THE SAID _____ SANDRA L. COMBS

THIS __18__ DAY OF __MARCH_____, 20 __21__.

_____
NOTARY PUBLIC

**CVPS, LLC**
TAX ID: 46-1053224
cvps@cvpsllc.net
www.cvpsllc.net

ANTHONY MILLER
Commission Number 753187
MY COMMISSION EXPIRES
6-10-2023

## THE IOWA DISTRICT COURT IN AND FOR BLACK HAWK COUNTY

| | | |
|---|---|---|
| JONATHAN DAVIS and ALEXANDER HOLMES, | ) | Case No.: LACV142246 |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| vs. | ) | ORIGINAL NOTICE |
| | ) | |
| J & L INVESTMENTS, INC. d/b/a MCDONALD'S; JOHN FREYBERGER, SCOTT AMES, and JEDIDIAH KEA, Individually and in their Corporate Capacities; | ) | |
| | ) | |
| DEFENDANTS. | ) | |

**TO:**  **John Freyberger**
**2016 Howard Avenue**
**Waterloo, IA 50702**

You are notified that a petition has been filed in the office of the clerk of this court naming you as the defendant(s) in this action. A copy of the petition (and any documents filed with it) is attached to this notice. The name and address of the attorney for the plaintiff(s) is Gregory F. Greiner, 5550 Wild Rose Lane, Suite 400, West Des Moines, IA 50266. The attorney's phone number is (515) 650-4399; facsimile number is (515) 650-4388.

You are further notified that the above case has been filed in a county that utilizes electronic filing. Unless, within 20 days after service of this original notice upon you, you serve, and within a reasonable time thereafter file a motion or answer, in the Iowa District Court for Black Hawk County, at the courthouse in Waterloo, Iowa, judgment by default will be rendered against you for the relief demanded in the petition. Please see Iowa Court Rules Chapter 16 for information on electronic filing and Iowa Court Rules Chapter 16, division VI regarding the protection of personal information in court filings.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (319) 833-3332. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942)

**IMPORTANT:** YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS

**CEDAR VALLEY PROCESS SERVICE**
DATE RECD: *3-12-2021*
TIME RECD: *2:00 P.M.*
FILE NO: *21-612*

# STATE OF IOWA JUDICIARY

*Case No.* LACV142246

*County* Black Hawk

*Case Title* JONATHAN DAVIS ET AL VS J & L INVESTMENTS ET AL

**THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.**
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

**FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:**
http://www.iowacourts.state.ia.us/Efile

**FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16:** http://www.iowacourts.state.ia.us/Efile

*Scheduled Hearing:*

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(319) 833-3332** . (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942**.)

*Date Issued* 03/12/2021 11:19:31 AM



*District Clerk of* Black Hawk          *County*
/s/ Vanessa Rosauer

## THE IOWA DISTRICT COURT IN AND FOR BLACK HAWK COUNTY

| | | |
|---|---|---|
| JONATHAN DAVIS and ALEXANDER HOLMES, | ) ) | Case No.: |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| vs. | ) | |
| | ) | COMPLAINT AND |
| | ) | JURY DEMAND |
| J & L INVESTMENTS, INC. d/b/a MCDONALD'S; JOHN FREYBERGER, SCOTT AMES, and JEDIDIAH KEA, Individually and in their Corporate Capacities; | ) ) ) ) ) | |
| | ) | |
| DEFENDANTS. | ) | |

COMES NOW the Plaintiffs, Jonathan Davis and Alexander Holmes (hereinafter Davis and Holmes), by and through their attorney Gregory F. Greiner, and for this cause of action against J & L Investments, Inc. d/b/a McDonald's (hereinafter McDonald's), and John Freyberger (hereinafter Freyberger), Scott Ames (hereinafter Ames), Jedidiah Kea (hereinafter Kea), Individually and in their Corporate Capacities, states as follows:

### INTRODUCTION

1. This is a complaint that involves allegations under Iowa Civil Rights Act, Iowa Code Chapter 216, *et. seq.*, and associated claims involving Defendants' tortious actions.

2. Plaintiff Davis is and was at all times material hereto a resident of Waterloo, Black Hawk County, Iowa.

1

3.     Plaintiff Holmes is and was at all times material hereto a resident of Waterloo, Black Hawk County, Iowa.

4.     McDonald's conducts business in Iowa as a domestic profit corporation, and has its place of business in Waterloo, Black Hawk County, Iowa.

5.     Upon information and belief, Mr. Freyberger is and was at all times material hereto a resident of Iowa, is an owner of McDonald's and personally participated in the unlawful actions set forth herein.

6.     Upon information and belief, Mr. Ames is and was at all times material hereto a resident of Iowa, is an employee of McDonald's and personally participated in the unlawful actions set forth herein.

7.     Upon information and belief, Mr. Kea is and was at all times material hereto a resident of Iowa, is an employee of McDonald's and personally participated in the unlawful actions set forth herein.

8.     The amount in controversy exceeds the jurisdictional requirements of the Iowa District Court in and for Black Hawk County.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES AND CONDITIONS PRECEDENT

9.     Plaintiffs  replead the allegations set forth as if fully set forth herein.

10.     Plaintiffs filed timely charges of discrimination against the Defendants with the Iowa Civil Rights Commission.

11.     Less than 90 days prior to the filing of this Petition, the Iowa Civil Rights Commission issued a right to sue letter with respect to the Plaintiffs.

2

12. All conditions precedent to Plaintiffs' claims for relief have been performed or have occurred.

## FACTS

13. Plaintiffs replead the allegations set forth as if fully set forth herein.

14. Plaintiffs are African American and have dark colored skin.

15. Plaintiff Davis began working as a cook at McDonald's in approximately March 2018.

16. Plaintiff Holmes began working as a cook at McDonald's in about April 2019.

17. On May 31, 2019, Plaintiffs worked a shift along with other employees at the McDonald's and Defendant Kea was supervising the shift.

18. While Plaintiffs were cooking at the restaurant grills, a cowbell sound rung, signaling that they needed to make a double quarter pound hamburger.

19. After the bell rung, Defendant Kea stated in a voice loud enough for all employees to hear, "Can I get a thank you?"

20. None of the McDonald's employees responded to Defendant Kea.

21. Defendant Kea then stated, "So ya'll ain't gonna answer me?"

22. Plaintiff Holmes responded, "Who is you talking to?"

23. Defendant Kea loudly responded, "you two motherfuckers!" and pointed at Plaintiffs Davis and Holmes.

3

24.     Plaintiffs Davis and Holmes were shocked by Defendant Kea's statements and tone and did not immediately respond.

25.     Defendant Kea then yelled at them to clock out.

26.     Plaintiff Davis was embarrassed by Defendant Kea's statements and tone and asked Defendant Kea to go outside to discuss what was happening.

27.     Defendant Kea did not respond back to Plaintiff Davis' request to discuss what was happening.

28.     Defendant Kea then went to the restaurant's office and called district manager, Scott Ames.

29.     When Defendant Kea returned he told Plaintiffs that Scott Ames instructed them to clock out, or they would be escorted out by the police.

30.     Plaintiffs left the restaurant.

31.     Plaintiffs then scheduled a meeting with Defendants Freyberger and Ames with the goal of retaining their jobs at McDonald's.

32.     Plaintiffs requested to have an attorney present at the meeting, and at the time of the planned meeting Defendants Freyberger and Ames cancelled the meeting and thereafter notified the Plaintiffs that they were fired on or about June 3, 2019.

33.     Defendant Freyberger told Plaintiffs that they were fired because they argued with Defendant Kea and threatened violence.

34.     Plaintiffs never argued with Defendant Kea or threatened violence.

4

35.    Defendant Kea habitually treated African American employees differently from the other Caucasian employees, including excluding the African American employees from shift meetings.

36.    Defendants also treated Caucasian employees differently by using different disciplinary actions in response to Caucasian employees who committed alleged workplace misconduct.

37.    Defendants discriminated against Plaintiffs due to their race and skin color.

38.    Defendants violated Plaintiffs right to be free of workplace discrimination.

39.    Plaintiffs have been damaged financially and emotionally.

## FIRST CAUSE OF ACTION: VIOLATION OF IOWA CIVIL RIGHTS ACT BASED UPON DISCRIMINATION IN EMPLOYMENT ON THE BASIS OF RACE AND SKIN COLOR

40.    Plaintiffs replead the allegations set forth as if fully set forth herein.

41.    This claim is brought by Plaintiffs against Defendants for violations of the Iowa Civil Rights Act, Iowa Code Chapter 216, *et. seq.,* on the basis race and skin color discrimination in employment.

42.    Plaintiffs were discriminated against based upon their race and skin color by Defendants.

43.    Due to their race and skin color, Plaintiffs are members of a covered group.

5

44.     Defendants subjected Plaintiffs to a hostile work environment and terminated them on or about June 3, 2019.

45.     Plaintiffs' race and skin color were motivating factors for the harassment, discrimination, and wrongful termination.

46.     But for Plaintiffs' race and skin color they would not have been harassed, discriminated against, and wrongfully terminated by the Defendants.

47.     The hostile actions taken by the Defendants were done with the intent to discriminate against the Plaintiffs and Defendants stated reasons for terminating the Plaintiffs were a pretext to hide race and skin color discrimination.

48.     The Defendants acted with willfulness, malice, or reckless disregard to the Plaintiffs' rights not to be discriminated against on the basis of race and skin color.

49.     Because of the Defendants' actions, Plaintiffs have suffered injuries, to include but not limited liquidated damages for lost wages and benefits and future lost income and benefits.

WHEREFORE Plaintiff demands judgment against Defendants in an amount which will fully and fairly compensate Plaintiffs for their injuries and damages, including lost wages, mental anguish, damage to reputation, and punitive damages, for appropriate equitable relief, for prejudgment and post judgment interest, for attorney fees, including litigation expenses, for the costs of this action, and for such other relief as may be just in the circumstances and consistent with the purpose of the Iowa Civil Rights Act.

6

## SECOND CAUSE OF ACTION: VIOLATION OF TITLE VII, DISCRIMINATION IN EMPLOYMENT ON THE BASIS OF RACE AND SKIN COLOR

50.     Plaintiffs replead the allegations set forth as if fully set forth herein.

51.     This claim is brought by Plaintiffs against Defendants for violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et. seq.*, on the basis race and skin color discrimination in employment.

52.     Plaintiffs were discriminated against based upon their race and skin color by Defendants.

53.     Due to their race and skin color, Plaintiffs are members of a covered group.

54.     Defendants subjected Plaintiffs to a hostile work environment and terminated them on or about June 3, 2019.

55.     Plaintiffs' race and skin color were motivating factors for the harassment, discrimination, and wrongful termination.

56.     But for Plaintiffs' race and skin color they would not have been harassed, discriminated against, and wrongfully terminated by the Defendants.

57.     The hostile actions taken by the Defendants were done with the intent to discriminate against the Plaintiffs and Defendants stated reasons for terminating the Plaintiffs were a pretext to hide race and skin color discrimination.

58.     The Defendants acted with willfulness, malice, or reckless disregard to the Plaintiffs' rights not to be discriminated against on the basis of race and color.

7

59.     Because of the Defendants' actions, Plaintiffs have suffered injuries, to include but not limited liquidated damages for lost wages and benefits and future lost income and benefits.

WHEREFORE Plaintiff demands judgment against Defendants in an amount which will fully and fairly compensate Plaintiffs for their injuries and damages, including lost wages, mental anguish, damage to reputation, and punitive damages, for appropriate equitable relief, for prejudgment and post judgment interest, for attorney fees, including litigation expenses, for the costs of this action, and for such other relief as may be just in the circumstances and consistent with the purpose of Title VII of the Civil Rights Act of 1964.

### THIRD CAUSE OF ACTION: VIOLATION OF EQUAL RIGHTS UNDER THE LAW, 42 U.S.C. § 1981, BASED UPON DISCRIMINATION IN EMPLOYMENT ON THE BASIS OF RACE AND SKIN COLOR

60.     Plaintiffs replead the allegations set forth as if fully set forth herein.

61.     This claim is brought by Plaintiffs against Defendants for violations of the Equal Rights Under the Law, 42 U.S.C. § 1981, *et. seq.*, on the basis race and skin color discrimination in employment.

62.     Plaintiffs were discriminated against based upon their race and skin color by Defendants.

63.     Due to their race and skin color, Plaintiffs are members of a covered group.

8

64.     Defendants subjected Plaintiffs to a hostile work environment and terminated them on or about June 3, 2019.

65.     Plaintiffs' race and skin color were motivating factors for the harassment, discrimination, and wrongful termination.

66.     But for Plaintiffs' race and skin color they would not have been harassed, discriminated against, and wrongfully terminated by the Defendants.

67.     The hostile actions taken by the Defendants were done with the intent to harass the Plaintiffs and Defendants stated reasons for terminating the Plaintiffs were a pretext to hide race and color discrimination.

68.     The Defendants acted with willfulness, malice, or reckless disregard to the Plaintiffs' rights not to be discriminated against on the basis of race and color.

69.     Because of the Defendants' actions, Plaintiffs have suffered injuries, to include but not limited liquidated damages for lost wages and benefits and future lost income and benefits.

WHEREFORE Plaintiff demands judgment against Defendants in an amount which will fully and fairly compensate Plaintiffs for their injuries and damages, including lost wages, mental anguish, damage to reputation, and punitive damages, for appropriate equitable relief, for prejudgment and post judgment interest, for attorney fees, including litigation expenses, for the costs of this action, and for such other relief as may be just in the circumstances and consistent with the purposes of 42 U.S.C. § 1981, Equal Rights Under the Law.

9

## JURY DEMAND

70.     Plaintiffs hereby request a trial by jury.


By: */s/ Gregory F. Greiner, AT0003094*
Attorney for Plaintiffs
5550 Wild Rose Lane, Suite 400
West Des Moines, IA 50266
Phone: (515) 650-4399
Fax: (515) 650-4388
Email: greg@recovery-lawyers.com

10

ORIGINAL NOTICE, COMPLAINT AND JURY DEMAND

INDEX/CASE# LACV142246                           JOB#

## CVPS TRIP SHEET

FILE NO. 21-612        DATE RECEIVED: 3/12/2021        TIME: 2:00PM

| | DATE | TIME | ADDRESS | COMMENTS |
|---|---|---|---|---|
| 1 | 12-15-21 | 12:35 pm | 2016 Howard St | |
| 2 | 12-16-21 | 5:47 pm | 3217 Hwy 175 | Dysart |
| 3 | 12-17-21 | 5:00 pm | '' | '' |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |

PERSON TO BE SERVED: JOHN FREYBERGER

SIGNATURE:                 Print Name & Title: John Freyberger

The above signed individual, acknowledges they have received [✓]1 [ ]2 [ ]3 [ ]4 [ ]5 [ ]6 [ ]7 [ ]8 copies of service

[✓]M [ ]F  Ethnicity W  Age 73 Height 5'9" Weight 195 lbs  Hair Color White

Beard/Mustache [✓]Y [ ]N    Glasses [ ]Y [✓]N

PERSON REQUESTING SERVICE:

DISCRIMINATION RECOVERY LAWYERS 5550 WILD ROSE LANE STE 400, WES DES MOINES IA 50266

ADDRESS TO BE SERVED: 2016 HOWARD AVE

WATERLOO (02)

SPECIAL INSTRUCTIONS:

PAID $            CHECK#            DATE:

**CVPS, LLC**

A SCANNED COPY OF THIS DOCUMENT
WAS FILED WITH THE IOWA EDMS.

**1729 FALLS AVE STE D**
**WATERLOO IA 50701**
**(319) 234-1407**

# AFFIDAVIT OF RETURN OF SERVICE

STATE OF IOWA                    )
                                 )
__BLACK HAWK__          COUNTY)ss

I, the undersigned, being duly sworn on oath do hereby depose and state that I received the attached notice order, and/or other document(s) on the __12__ day of __MARCH__, 20 __21__, that on the __17__ day of __MARCH__ 20 __21__, I served on the within-named __J&L INVESTMENTS, INC.__ at __3217 HWY D65__, in __DYSART__ in __TAMA__ County, Iowa by delivering a true and identical copy of each such item in the following manner:

_____ I served the same by delivering a copy thereof to the above person(s) personally.

_____ I served the same on the above person at the above person's dwelling house or usual place of abode (which place was not a rooming house, hotel, club or apartment building) by there delivering a copy thereof to the individual named below, a person who was then at least 18 years old.

_____ I served the same on the above person at the above person's dwelling, house or usual of abode (which place was a rooming house, hotel, club or apartment) by there delivering a copy thereof to a member of the family or manager, clerk, proprietor, custodian or person(s) in possession named and described below, a person who was then at least 18 years old.

___✓___ I served the above person(s), company and/or corporation by delivering a copy to the person named and described Below.   Said service was made at the address shown below, if any, otherwise at the address above.
**JOHN FREYBERGER, REGISTERED AGENT, SIGNED FOR AND ACCEPTED SERVICE ON**

**BEHALF OF J&L INVESTMENTS, INC.**

Rule 1.302(5) Original notices may be served by any person who is neither a party nor the attorney for a party to the action. A party or party's agent may take an acknowledgment of service and deliver a copy of the original notice
NAME AND TITLE OR RELATIONSHIP OF INDIVIDUAL SERVED (IF NOT SHOWN ABOVE)

Description of Person Served:

[✓] M    [ ] F   Ethnicity/Skin Color __White__  Age __70's__  Height __5__ ' __9__" Weight __198__ lbs  Hair Color __White__

Beard/Mustache [✓] Y [ ] N   Glasses [ ] Y [✓] N

SERVICE TIME __5:00PM__

CVPS FILE NO. __21-611__

PROCESS TYPE **ORIGINAL NOTICE; COMPLAINT AND JURY DEMAND**

CASE NO. __LACV142246__

BY: _Sandra L Combs_

SANDRA L. COMBS , PROCESS SERVER

SUBSCRIBED AND SWORN TO BEFORE ME THE SAID _____

THIS __18__ DAY OF __MARCH__, 20 __21__.

SANDRA L. COMBS

NOTARY PUBLIC



**CVPS, LLC**
TAX ID: 46-1053224
cvps@cvpsllc.net
www.cvpsllc.net

ANTHONY MILLER
Commission Number 753187
MY COMMISSION EXPIRES
6-10-2023

THE IOWA DISTRICT COURT IN AND FOR BLACK HAWK COUNTY

| | | |
|---|---|---|
| JONATHAN DAVIS and ALEXANDER HOLMES, | ) ) ) | Case No.: LACV142246 |
| PLAINTIFFS, | ) ) ) | |
| vs. | ) ) ) | ORIGINAL NOTICE |
| J & L INVESTMENTS, INC. d/b/a MCDONALD'S; JOHN FREYBERGER, SCOTT AMES, and JEDIDIAH KEA, Individually and in their Corporate Capacities; | ) ) ) ) ) ) | |
| DEFENDANTS. | ) ) | |

TO:  Registered Agent:
     **J & L Investments, Inc.**
     **Attn: John Freyberger**
     **2016 Howard Avenue**
     **Waterloo, IA 50702**

You are notified that a petition has been filed in the office of the clerk of this court naming you as the defendant(s) in this action. A copy of the petition (and any documents filed with it) is attached to this notice. The name and address of the attorney for the plaintiff(s) is Gregory F. Greiner, 5550 Wild Rose Lane, Suite 400, West Des Moines, IA 50266. The attorney's phone number is (515) 650-4399; facsimile number is (515) 650-4388.

You are further notified that the above case has been filed in a county that utilizes electronic filing. Unless, within 20 days after service of this original notice upon you, you serve, and within a reasonable time thereafter file a motion or answer, in the Iowa District Court for Black Hawk County, at the courthouse in Waterloo, Iowa, judgment by default will be rendered against you for the relief demanded in the petition. Please see Iowa Court Rules Chapter 16 for information on electronic filing and Iowa Court Rules Chapter 16, division VI regarding the protection of personal information in court filings.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (319) 833-3332. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942)

**IMPORTANT:** YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS

CEDAR VALLEY PROCESS SERVICE
DATE RECD: 3-12-2021
TIME RECD: 2:07 p.m.
FILE NO: 21-64

# STATE OF IOWA JUDICIARY

*Case No.* **LACV142246**

*County* **Black Hawk**

*Case Title* **JONATHAN DAVIS ET AL VS J & L INVESTMENTS ET AL**

**THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.**
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

**FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:**
http://www.iowacourts.state.ia.us/Efile

**FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16:** http://www.iowacourts.state.ia.us/Efile

*Scheduled Hearing:*

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(319) 833-3332** . (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942**.)

*Date Issued* **03/12/2021 11:19:31 AM**



*District Clerk of* Black Hawk          *County*

/s/ Vanessa Rosauer

THE IOWA DISTRICT COURT IN AND FOR BLACK HAWK COUNTY

| | | |
|---|---|---|
| JONATHAN DAVIS and ALEXANDER HOLMES, | ) ) ) | Case No.: |
| PLAINTIFFS, | ) ) ) | |
| vs. | ) ) ) | COMPLAINT AND JURY DEMAND |
| J & L INVESTMENTS, INC. d/b/a MCDONALD'S; JOHN FREYBERGER, SCOTT AMES, and JEDIDIAH KEA, Individually and in their Corporate Capacities; | ) ) ) ) ) ) | |
| DEFENDANTS. | ) | |

COMES NOW the Plaintiffs, Jonathan Davis and Alexander Holmes (hereinafter Davis and Holmes), by and through their attorney Gregory F. Greiner, and for this cause of action against J & L Investments, Inc. d/b/a McDonald's (hereinafter McDonald's), and John Freyberger (hereinafter Freyberger), Scott Ames (hereinafter Ames), Jedidiah Kea (hereinafter Kea), Individually and in their Corporate Capacities, states as follows:

## INTRODUCTION

1.    This is a complaint that involves allegations under Iowa Civil Rights Act, Iowa Code Chapter 216, *et. seq.*, and associated claims involving Defendants' tortious actions.

2.    Plaintiff Davis is and was at all times material hereto a resident of Waterloo, Black Hawk County, Iowa.

1

3.     Plaintiff Holmes is and was at all times material hereto a resident of Waterloo, Black Hawk County, Iowa.

4.     McDonald's conducts business in Iowa as a domestic profit corporation, and has its place of business in Waterloo, Black Hawk County, Iowa.

5.     Upon information and belief, Mr. Freyberger is and was at all times material hereto a resident of Iowa, is an owner of McDonald's and personally participated in the unlawful actions set forth herein.

6.     Upon information and belief, Mr. Ames is and was at all times material hereto a resident of Iowa, is an employee of McDonald's and personally participated in the unlawful actions set forth herein.

7.     Upon information and belief, Mr. Kea is and was at all times material hereto a resident of Iowa, is an employee of McDonald's and personally participated in the unlawful actions set forth herein.

8.     The amount in controversy exceeds the jurisdictional requirements of the Iowa District Court in and for Black Hawk County.

**EXHAUSTION OF ADMINISTRATIVE REMEDIES AND CONDITIONS PRECEDENT**

9.     Plaintiffs  replead the allegations set forth as if fully set forth herein.

10.     Plaintiffs filed timely charges of discrimination against the Defendants with the Iowa Civil Rights Commission.

11.     Less than 90 days prior to the filing of this Petition, the Iowa Civil Rights Commission issued a right to sue letter with respect to the Plaintiffs.

2

12.    All conditions precedent to Plaintiffs' claims for relief have been performed or have occurred.

## FACTS

13.    Plaintiffs replead the allegations set forth as if fully set forth herein.

14.    Plaintiffs are African American and have dark colored skin.

15.    Plaintiff Davis began working as a cook at McDonald's in approximately March 2018.

16.    Plaintiff Holmes began working as a cook at McDonald's in about April 2019.

17.    On May 31, 2019, Plaintiffs worked a shift along with other employees at the McDonald's and Defendant Kea was supervising the shift.

18.    While Plaintiffs were cooking at the restaurant grills, a cowbell sound rung, signaling that they needed to make a double quarter pound hamburger.

19.    After the bell rung, Defendant Kea stated in a voice loud enough for all employees to hear, "Can I get a thank you?"

20.    None of the McDonald's employees responded to Defendant Kea.

21.    Defendant Kea then stated, "So ya'll ain't gonna answer me?"

22.    Plaintiff Holmes responded, "Who is you talking to?"

23.    Defendant Kea loudly responded, "you two motherfuckers!" and pointed at Plaintiffs Davis and Holmes.

3

24.     Plaintiffs Davis and Holmes were shocked by Defendant Kea's statements and tone and did not immediately respond.

25.     Defendant Kea then yelled at them to clock out.

26.     Plaintiff Davis was embarrassed by Defendant Kea's statements and tone and asked Defendant Kea to go outside to discuss what was happening.

27.     Defendant Kea did not respond back to Plaintiff Davis' request to discuss what was happening.

28.     Defendant Kea then went to the restaurant's office and called district manager, Scott Ames.

29.     When Defendant Kea returned he told Plaintiffs that Scott Ames instructed them to clock out, or they would be escorted out by the police.

30.     Plaintiffs left the restaurant.

31.     Plaintiffs then scheduled a meeting with Defendants Freyberger and Ames with the goal of retaining their jobs at McDonald's.

32.     Plaintiffs requested to have an attorney present at the meeting, and at the time of the planned meeting Defendants Freyberger and Ames cancelled the meeting and thereafter notified the Plaintiffs that they were fired on or about June 3, 2019.

33.     Defendant Freyberger told Plaintiffs that they were fired because they argued with Defendant Kea and threatened violence.

34.     Plaintiffs never argued with Defendant Kea or threatened violence.

4

35.     Defendant Kea habitually treated African American employees differently from the other Caucasian employees, including excluding the African American employees from shift meetings.

36.     Defendants also treated Caucasian employees differently by using different disciplinary actions in response to Caucasian employees who committed alleged workplace misconduct.

37.     Defendants discriminated against Plaintiffs due to their race and skin color.

38.     Defendants violated Plaintiffs right to be free of workplace discrimination.

39.     Plaintiffs have been damaged financially and emotionally.

## FIRST CAUSE OF ACTION: VIOLATION OF IOWA CIVIL RIGHTS ACT BASED UPON DISCRIMINATION IN EMPLOYMENT ON THE BASIS OF RACE AND SKIN COLOR

40.     Plaintiffs replead the allegations set forth as if fully set forth herein.

41.     This claim is brought by Plaintiffs against Defendants for violations of the Iowa Civil Rights Act, Iowa Code Chapter 216, *et. seq.,* on the basis race and skin color discrimination in employment.

42.     Plaintiffs were discriminated against based upon their race and skin color by Defendants.

43.     Due to their race and skin color, Plaintiffs are members of a covered group.

5

E-FILED 2021 MAR 09 12:08 PM BLACK HAWK - CLERK OF DISTRICT COURT

44.     Defendants subjected Plaintiffs to a hostile work environment and terminated them on or about June 3, 2019.

45.     Plaintiffs' race and skin color were motivating factors for the harassment, discrimination, and wrongful termination.

46.     But for Plaintiffs' race and skin color they would not have been harassed, discriminated against, and wrongfully terminated by the Defendants.

47.     The hostile actions taken by the Defendants were done with the intent to discriminate against the Plaintiffs and Defendants stated reasons for terminating the Plaintiffs were a pretext to hide race and skin color discrimination.

48.     The Defendants acted with willfulness, malice, or reckless disregard to the Plaintiffs' rights not to be discriminated against on the basis of race and skin color.

49.     Because of the Defendants' actions, Plaintiffs have suffered injuries, to include but not limited liquidated damages for lost wages and benefits and future lost income and benefits.

WHEREFORE Plaintiff demands judgment against Defendants in an amount which will fully and fairly compensate Plaintiffs for their injuries and damages, including lost wages, mental anguish, damage to reputation, and punitive damages, for appropriate equitable relief, for prejudgment and post judgment interest, for attorney fees, including litigation expenses, for the costs of this action, and for such other relief as may be just in the circumstances and consistent with the purpose of the Iowa Civil Rights Act.

6

## SECOND CAUSE OF ACTION: VIOLATION OF TITLE VII, DISCRIMINATION IN EMPLOYMENT ON THE BASIS OF RACE AND SKIN COLOR

50.     Plaintiffs replead the allegations set forth as if fully set forth herein.

51.     This claim is brought by Plaintiffs against Defendants for violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et. seq.,* on the basis race and skin color discrimination in employment.

52.     Plaintiffs were discriminated against based upon their race and skin color by Defendants.

53.     Due to their race and skin color, Plaintiffs are members of a covered group.

54.     Defendants subjected Plaintiffs to a hostile work environment and terminated them on or about June 3, 2019.

55.     Plaintiffs' race and skin color were motivating factors for the harassment, discrimination, and wrongful termination.

56.     But for Plaintiffs' race and skin color they would not have been harassed, discriminated against, and wrongfully terminated by the Defendants.

57.     The hostile actions taken by the Defendants were done with the intent to discriminate against the Plaintiffs and Defendants stated reasons for terminating the Plaintiffs were a pretext to hide race and skin color discrimination.

58.     The Defendants acted with willfulness, malice, or reckless disregard to the Plaintiffs' rights not to be discriminated against on the basis of race and color.

7

59. Because of the Defendants' actions, Plaintiffs have suffered injuries, to include but not limited liquidated damages for lost wages and benefits and future lost income and benefits.

WHEREFORE Plaintiff demands judgment against Defendants in an amount which will fully and fairly compensate Plaintiffs for their injuries and damages, including lost wages, mental anguish, damage to reputation, and punitive damages, for appropriate equitable relief, for prejudgment and post judgment interest, for attorney fees, including litigation expenses, for the costs of this action, and for such other relief as may be just in the circumstances and consistent with the purpose of Title VII of the Civil Rights Act of 1964.

## THIRD CAUSE OF ACTION: VIOLATION OF EQUAL RIGHTS UNDER THE LAW, 42 U.S.C. § 1981, BASED UPON DISCRIMINATION IN EMPLOYMENT ON THE BASIS OF RACE AND SKIN COLOR

60. Plaintiffs replead the allegations set forth as if fully set forth herein.

61. This claim is brought by Plaintiffs against Defendants for violations of the Equal Rights Under the Law, 42 U.S.C. § 1981, *et. seq.*, on the basis race and skin color discrimination in employment.

62. Plaintiffs were discriminated against based upon their race and skin color by Defendants.

63. Due to their race and skin color, Plaintiffs are members of a covered group.

8

64. Defendants subjected Plaintiffs to a hostile work environment and terminated them on or about June 3, 2019.

65. Plaintiffs' race and skin color were motivating factors for the harassment, discrimination, and wrongful termination.

66. But for Plaintiffs' race and skin color they would not have been harassed, discriminated against, and wrongfully terminated by the Defendants.

67. The hostile actions taken by the Defendants were done with the intent to harass the Plaintiffs and Defendants stated reasons for terminating the Plaintiffs were a pretext to hide race and color discrimination.

68. The Defendants acted with willfulness, malice, or reckless disregard to the Plaintiffs' rights not to be discriminated against on the basis of race and color.

69. Because of the Defendants' actions, Plaintiffs have suffered injuries, to include but not limited liquidated damages for lost wages and benefits and future lost income and benefits.

WHEREFORE Plaintiff demands judgment against Defendants in an amount which will fully and fairly compensate Plaintiffs for their injuries and damages, including lost wages, mental anguish, damage to reputation, and punitive damages, for appropriate equitable relief, for prejudgment and post judgment interest, for attorney fees, including litigation expenses, for the costs of this action, and for such other relief as may be just in the circumstances and consistent with the purposes of 42 U.S.C. § 1981, Equal Rights Under the Law.

9

## JURY DEMAND

70.    Plaintiffs hereby request a trial by jury.


By: *Isl Gregory F. Greiner, AT0003094*
Attorney for Plaintiffs
5550 Wild Rose Lane, Suite 400
West Des Moines, IA 50266
Phone: (515) 650-4399
Fax: (515) 650-4388
Email: greg@recovery-lawyers.com

10

ORIGINAL NOTICE, COMPLAINT AND JURY DEMAND

INDEX/CASE# LACV142246          JOB#

## CVPS TRIP SHEET

FILE NO. 21-611          DATE RECEIVED: 3/12/2021          TIME: 2:00PM

| | DATE | TIME | ADDRESS | COMMENTS |
|---|---|---|---|---|
| 1 | 3-15-21 | 12:35 pm | 2016 Howard Ave | |
| 2 | 3-16-21 | 5:47 pm | 3217 Hwy D.65 Dysart | |
| 3 | 3/7-21 | 3:00 pm | '' | '' |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |

PERSON TO BE SERVED: J & L INVESTMENTS, INC. R/A JOHN FREYBERGER

SIGNATURE: _____ Print Name & Title: John Freyberger

The above signed individual, acknowledges they have received [✓]1 [ ]2 [ ]3 [ ]4 [ ]5 [ ]6 [ ]7 [ ]8 copies of service

[✓]M [ ]F  Ethnicity W  Age 73 Height 5' 9" Weight 175 lbs Hair Color white

Beard/Mustache [✓]Y [ ]N  Glasses [ ]Y [✓]N

PERSON REQUESTING SERVICE:

DISCRIMINATION RECOVERY LAWYERS 5550 WILD ROSE LANE STE 400, WES DES MOINES IA 50266

ADDRESS TO BE SERVED: 2016 HOWARD AVE

WATERLOO (02)

SPECIAL INSTRUCTIONS:

PAID$          CHECK#          DATE:

## CVPS, LLC
**1729 FALLS AVE STE D**
**WATERLOO IA 50701**
**(319) 234-1407**

A SCANNED COPY OF THIS DOCUMENT
WAS FILED WITH THE IOWA EDMS.

## AFFIDAVIT OF RETURN OF SERVICE

STATE OF IOWA )
)
BLACK HAWK COUNTY)ss

I, the undersigned, being duly sworn on oath do hereby depose and state that I received the attached notice order, and/or other document(s) on the 12 day of MARCH, 20 21, that on the 16 day of MARCH 20 21, I served on the within-named JEDIDIAH KEA

at 1104 W 5TH ST, in WATERLOO in BLACK HAWK County, Iowa

by delivering a true and identical copy of each such item in the following manner:

✓ I served the same by delivering a copy thereof to the above person(s) personally.

_____ I served the same on the above person at the above person's dwelling house or usual place of abode (which place was not a rooming house, hotel, club or apartment building) by there delivering a copy thereof to the individual named below, a person who was then at least 18 years old.

_____ I served the same on the above person at the above person's dwelling, house or usual of abode (which place was a rooming house, hotel, club or apartment) by there delivering a copy thereof to a member of the family or manager, clerk, proprietor, custodian or person(s) in possession named and described below, a person who was then at least 18 years old.

_____ I served the above person(s), company and/or corporation by delivering a copy to the person named and described Below. Said service was made at the address shown below, if any, otherwise at the address above.

_____

Rule 1.302(5) Original notices may be served by any person who is neither a party nor the attorney for a party to the action. A party or party's agent may take an acknowledgment of service and deliver a copy of the original notice

NAME AND TITLE OR RELATIONSHIP OF INDIVIDUAL SERVED (IF NOT SHOWN ABOVE)

Description of Person Served:
✓ M ☐ F  Ethnicity/ Skin Color White  Age 40's  Height 6' 0" Weight 160lbs Hair Color Bald

Beard/Mustache ✓ Y ☐ N  Glasses ✓ Y ☐ N

SERVICE TIME 9:01PM

CVPS FILE NO. 21-610

ORIGINAL NOTICE; COMPLAINT AND
PROCESS TYPE JURY DEMAND

CASE NO. LACVI42246

BY _____
SANDRA L. COMBS , PROCESS SERVER

SUBSCRIBED AND SWORN TO BEFORE ME THE SAID _____
SANDRA L. COMBS

THIS 17 DAY OF MARCH, 20 21.

_____
NOTARY PUBLIC



## CVPS, LLC
TAX ID: 46-1053224
cvps@cvpsllc.net
www.cvpsllc.net



ANTHONY MILLER
Commission Number 753187
MY COMMISSION EXPIRES
6-10-2023

## THE IOWA DISTRICT COURT IN AND FOR BLACK HAWK COUNTY

| | | |
|---|---|---|
| JONATHAN DAVIS and ALEXANDER HOLMES, | ) ) ) | Case No.: LACV142246 |
| PLAINTIFFS, | ) ) ) | |
| vs. | ) ) | ORIGINAL NOTICE |
| J & L INVESTMENTS, INC. d/b/a MCDONALD'S; JOHN FREYBERGER, SCOTT AMES, and JEDIDIAH KEA, Individually and in their Corporate Capacities; | ) ) ) ) ) ) ) | |
| DEFENDANTS. | ) ) | |

**TO:**  **Jedidiah Kea**  **Work Address:**
**1104 W 5th Street**   **2016 Howard Avenue**
**Waterloo, IA 50702**   **Waterloo, IA 50702**

You are notified that a petition has been filed in the office of the clerk of this court naming you as the defendant(s) in this action. A copy of the petition (and any documents filed with it) is attached to this notice. The name and address of the attorney for the plaintiff(s) is Gregory F. Greiner, 5550 Wild Rose Lane, Suite 400, West Des Moines, IA 50266. The attorney's phone number is (515) 650-4399; facsimile number is (515) 650-4388.

You are further notified that the above case has been filed in a county that utilizes electronic filing. Unless, within 20 days after service of this original notice upon you, you serve, and within a reasonable time thereafter file a motion or answer, in the Iowa District Court for Black Hawk County, at the courthouse in Waterloo, Iowa, judgment by default will be rendered against you for the relief demanded in the petition. Please see Iowa Court Rules Chapter 16 for information on electronic filing and Iowa Court Rules Chapter 16, division VI regarding the protection of personal information in court filings.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (319) 833-3332. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942)

**IMPORTANT:** YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS

CEDAR VALLEY PROCESS SERVICE
DATE RECD: 3-12-2021
TIME RECD: 2:00 p.m.
FILE NO: 21-610

# STATE OF IOWA JUDICIARY

*Case No.* **LACV142246**

*County* **Black Hawk**

*Case Title* **JONATHAN DAVIS ET AL VS J & L INVESTMENTS ET AL**

**THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.**
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

**FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:**
http://www.iowacourts.state.ia.us/Efile

**FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16:** http://www.iowacourts.state.ia.us/Efile

*Scheduled Hearing:*

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(319) 833-3332** . (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942**.)

*Date Issued* **03/12/2021 11:19:31 AM**



*District Clerk of* Black Hawk          *County*

**/s/ Vanessa Rosauer**

THE IOWA DISTRICT COURT IN AND FOR BLACK HAWK COUNTY

| | | |
|---|---|---|
| JONATHAN DAVIS and ALEXANDER HOLMES, | ) ) ) | Case No.: |
| PLAINTIFFS, | ) ) ) | |
| vs. | ) ) | COMPLAINT AND |
| J & L INVESTMENTS, INC. d/b/a MCDONALD'S; JOHN FREYBERGER, SCOTT AMES, and JEDIDIAH KEA, Individually and in their Corporate Capacities; | ) ) ) ) ) ) ) | JURY DEMAND |
| DEFENDANTS. | ) ) | |

COMES NOW the Plaintiffs, Jonathan Davis and Alexander Holmes (hereinafter Davis and Holmes), by and through their attorney Gregory F. Greiner, and for this cause of action against J & L Investments, Inc. d/b/a McDonald's (hereinafter McDonald's), and John Freyberger (hereinafter Freyberger), Scott Ames (hereinafter Ames), Jedidiah Kea (hereinafter Kea), Individually and in their Corporate Capacities, states as follows:

## INTRODUCTION

1.      This is a complaint that involves allegations under Iowa Civil Rights Act, Iowa Code Chapter 216, *et. seq.*,  and associated claims involving Defendants' tortious actions.

2.      Plaintiff Davis is and was at all times material hereto a resident of Waterloo, Black Hawk County, Iowa.

1

3. Plaintiff Holmes is and was at all times material hereto a resident of Waterloo, Black Hawk County, Iowa.

4. McDonald's conducts business in Iowa as a domestic profit corporation, and has its place of business in Waterloo, Black Hawk County, Iowa.

5. Upon information and belief, Mr. Freyberger is and was at all times material hereto a resident of Iowa, is an owner of McDonald's and personally participated in the unlawful actions set forth herein.

6. Upon information and belief, Mr. Ames is and was at all times material hereto a resident of Iowa, is an employee of McDonald's and personally participated in the unlawful actions set forth herein.

7. Upon information and belief, Mr. Kea is and was at all times material hereto a resident of Iowa, is an employee of McDonald's and personally participated in the unlawful actions set forth herein.

8. The amount in controversy exceeds the jurisdictional requirements of the Iowa District Court in and for Black Hawk County.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES AND CONDITIONS PRECEDENT

9. Plaintiffs replead the allegations set forth as if fully set forth herein.

10. Plaintiffs filed timely charges of discrimination against the Defendants with the Iowa Civil Rights Commission.

11. Less than 90 days prior to the filing of this Petition, the Iowa Civil Rights Commission issued a right to sue letter with respect to the Plaintiffs.

2

12. All conditions precedent to Plaintiffs' claims for relief have been performed or have occurred.

## FACTS

13. Plaintiffs replead the allegations set forth as if fully set forth herein.

14. Plaintiffs are African American and have dark colored skin.

15. Plaintiff Davis began working as a cook at McDonald's in approximately March 2018.

16. Plaintiff Holmes began working as a cook at McDonald's in about April 2019.

17. On May 31, 2019, Plaintiffs worked a shift along with other employees at the McDonald's and Defendant Kea was supervising the shift.

18. While Plaintiffs were cooking at the restaurant grills, a cowbell sound rung, signaling that they needed to make a double quarter pound hamburger.

19. After the bell rung, Defendant Kea stated in a voice loud enough for all employees to hear, "Can I get a thank you?"

20. None of the McDonald's employees responded to Defendant Kea.

21. Defendant Kea then stated, "So ya'll ain't gonna answer me?"

22. Plaintiff Holmes responded, "Who is you talking to?"

23. Defendant Kea loudly responded, "you two motherfuckers!" and pointed at Plaintiffs Davis and Holmes.

3

24.     Plaintiffs Davis and Holmes were shocked by Defendant Kea's statements and tone and did not immediately respond.

25.     Defendant Kea then yelled at them to clock out.

26.     Plaintiff Davis was embarrassed by Defendant Kea's statements and tone and asked Defendant Kea to go outside to discuss what was happening.

27.     Defendant Kea did not respond back to Plaintiff Davis' request to discuss what was happening.

28.     Defendant Kea then went to the restaurant's office and called district manager, Scott Ames.

29.     When Defendant Kea returned he told Plaintiffs that Scott Ames instructed them to clock out, or they would be escorted out by the police.

30.     Plaintiffs left the restaurant.

31.     Plaintiffs then scheduled a meeting with Defendants Freyberger and Ames with the goal of retaining their jobs at McDonald's.

32.     Plaintiffs requested to have an attorney present at the meeting, and at the time of the planned meeting Defendants Freyberger and Ames cancelled the meeting and thereafter notified the Plaintiffs that they were fired on or about June 3, 2019.

33.     Defendant Freyberger told Plaintiffs that they were fired because they argued with Defendant Kea and threatened violence.

34.     Plaintiffs never argued with Defendant Kea or threatened violence.

4

35.     Defendant Kea habitually treated African American employees differently from the other Caucasian employees, including excluding the African American employees from shift meetings.

36.     Defendants also treated Caucasian employees differently by using different disciplinary actions in response to Caucasian employees who committed alleged workplace misconduct.

37.     Defendants discriminated against Plaintiffs due to their race and skin color.

38.     Defendants violated Plaintiffs right to be free of workplace discrimination.

39.     Plaintiffs have been damaged financially and emotionally.

**FIRST CAUSE OF ACTION: VIOLATION OF IOWA CIVIL RIGHTS ACT BASED UPON DISCRIMINATION IN EMPLOYMENT ON THE BASIS OF RACE AND SKIN COLOR**

40.     Plaintiffs replead the allegations set forth as if fully set forth herein.

41.     This claim is brought by Plaintiffs against Defendants for violations of the Iowa Civil Rights Act, Iowa Code Chapter 216, *et. seq.,* on the basis race and skin color discrimination in employment.

42.     Plaintiffs were discriminated against based upon their race and skin color by Defendants.

43.     Due to their race and skin color, Plaintiffs are members of a covered group.

5

44.     Defendants subjected Plaintiffs to a hostile work environment and terminated them on or about June 3, 2019.

45.     Plaintiffs' race and skin color were motivating factors for the harassment, discrimination, and wrongful termination.

46.     But for Plaintiffs' race and skin color they would not have been harassed, discriminated against, and wrongfully terminated by the Defendants.

47.     The hostile actions taken by the Defendants were done with the intent to discriminate against the Plaintiffs and Defendants stated reasons for terminating the Plaintiffs were a pretext to hide race and skin color discrimination.

48.     The Defendants acted with willfulness, malice, or reckless disregard to the Plaintiffs' rights not to be discriminated against on the basis of race and skin color.

49.     Because of the Defendants' actions, Plaintiffs have suffered injuries, to include but not limited liquidated damages for lost wages and benefits and future lost income and benefits.

WHEREFORE Plaintiff demands judgment against Defendants in an amount which will fully and fairly compensate Plaintiffs for their injuries and damages, including lost wages, mental anguish, damage to reputation, and punitive damages, for appropriate equitable relief, for prejudgment and post judgment interest, for attorney fees, including litigation expenses, for the costs of this action, and for such other relief as may be just in the circumstances and consistent with the purpose of the Iowa Civil Rights Act.

6

## SECOND CAUSE OF ACTION: VIOLATION OF TITLE VII, DISCRIMINATION IN EMPLOYMENT ON THE BASIS OF RACE AND SKIN COLOR

50.     Plaintiffs replead the allegations set forth as if fully set forth herein.

51.     This claim is brought by Plaintiffs against Defendants for violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et. seq.,* on the basis race and skin color discrimination in employment.

52.     Plaintiffs were discriminated against based upon their race and skin color by Defendants.

53.     Due to their race and skin color, Plaintiffs are members of a covered group.

54.     Defendants subjected Plaintiffs to a hostile work environment and terminated them on or about June 3, 2019.

55.     Plaintiffs' race and skin color were motivating factors for the harassment, discrimination, and wrongful termination.

56.     But for Plaintiffs' race and skin color they would not have been harassed, discriminated against, and wrongfully terminated by the Defendants.

57.     The hostile actions taken by the Defendants were done with the intent to discriminate against the Plaintiffs and Defendants stated reasons for terminating the Plaintiffs were a pretext to hide race and skin color discrimination.

58.     The Defendants acted with willfulness, malice, or reckless disregard to the Plaintiffs' rights not to be discriminated against on the basis of race and color.

7

59. Because of the Defendants' actions, Plaintiffs have suffered injuries, to include but not limited liquidated damages for lost wages and benefits and future lost income and benefits.

WHEREFORE Plaintiff demands judgment against Defendants in an amount which will fully and fairly compensate Plaintiffs for their injuries and damages, including lost wages, mental anguish, damage to reputation, and punitive damages, for appropriate equitable relief, for prejudgment and post judgment interest, for attorney fees, including litigation expenses, for the costs of this action, and for such other relief as may be just in the circumstances and consistent with the purpose of Title VII of the Civil Rights Act of 1964.

**THIRD CAUSE OF ACTION: VIOLATION OF EQUAL RIGHTS UNDER THE LAW, 42 U.S.C. § 1981, BASED UPON DISCRIMINATION IN EMPLOYMENT ON THE BASIS OF RACE AND SKIN COLOR**

60. Plaintiffs replead the allegations set forth as if fully set forth herein.

61. This claim is brought by Plaintiffs against Defendants for violations of the Equal Rights Under the Law, 42 U.S.C. § 1981, *et. seq.*, on the basis race and skin color discrimination in employment.

62. Plaintiffs were discriminated against based upon their race and skin color by Defendants.

63. Due to their race and skin color, Plaintiffs are members of a covered group.

8

64. Defendants subjected Plaintiffs to a hostile work environment and terminated them on or about June 3, 2019.

65. Plaintiffs' race and skin color were motivating factors for the harassment, discrimination, and wrongful termination.

66. But for Plaintiffs' race and skin color they would not have been harassed, discriminated against, and wrongfully terminated by the Defendants.

67. The hostile actions taken by the Defendants were done with the intent to harass the Plaintiffs and Defendants stated reasons for terminating the Plaintiffs were a pretext to hide race and color discrimination.

68. The Defendants acted with willfulness, malice, or reckless disregard to the Plaintiffs' rights not to be discriminated against on the basis of race and color.

69. Because of the Defendants' actions, Plaintiffs have suffered injuries, to include but not limited liquidated damages for lost wages and benefits and future lost income and benefits.

WHEREFORE Plaintiff demands judgment against Defendants in an amount which will fully and fairly compensate Plaintiffs for their injuries and damages, including lost wages, mental anguish, damage to reputation, and punitive damages, for appropriate equitable relief, for prejudgment and post judgment interest, for attorney fees, including litigation expenses, for the costs of this action, and for such other relief as may be just in the circumstances and consistent with the purposes of 42 U.S.C. § 1981, Equal Rights Under the Law.

9

## JURY DEMAND

70.    Plaintiffs hereby request a trial by jury.


By: */s/ Gregory F. Greiner, AT0003094*
Attorney for Plaintiffs
5550 Wild Rose Lane, Suite 400
West Des Moines, IA 50266
Phone: (515) 650-4399
Fax: (515) 650-4388
Email: greg@recovery-lawyers.com

10

ORIGINAL NOTICE, COMPLAINT AND JURY DEMAND

INDEX/CASE# LACV142246      JOB#

## CVPS TRIP SHEET

FILE NO. 21-610     DATE RECEIVED: 3/12/2021     TIME: 2:00PM

| | DATE | TIME | ADDRESS | COMMENTS |
|----|------|------|---------|----------|
| 1 | 3-15-21 | 12:30 pm | 2016 Howard St | |
| 2 | 3-16-21 | 6:12 pm | 1104 W 5th St | |
| 3 | 3-16-21 | 6:48 pm | 1104 W 5th St | |
| 4 | 3-16-21 | 9:01 pm | " | " |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |

PERSON TO BE SERVED: JEDIDIAH KEA

SIGNATURE:     Print Name & Title: Jedi diek

The above signed individual acknowledges they have received [✓] 1 [ ] 2 [ ] 3 [ ] 4 [ ] 5 [ ] 6 [ ] 7 [ ] 8 copies of service

[X] M [ ] F   Ethnicity W   Age 28   Height 6 0 "   Weight 160 lbs   Hair Color Black

Beard/Mustache [✓] Y [ ] N    Glasses [ ] Y [ ] N

PERSON REQUESTING SERVICE:

DISCRIMINATION RECOVERY LAWYERS 5550 WILD ROSE LANE STE 400, WES DES MOINES IA 50266

ADDRESS TO BE SERVED: 1104 W 5TH ST

WATERLOO (02)

SPECIAL INSTRUCTIONS: WORK ADDRESS: 2016 HOWARD AVE WATERLOO (02

PAID$      CHECK#      DATE: