IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| JONATHAN DAVIS and ALEXANDER HOLMES,<br><br>Plaintiffs,<br><br>v.<br><br>J & L INVESTMENTS, INC. d/b/a McDONALDS; JOHN FREYBERGER; SCOTT AMES; and JEDIDIAH KEA, Individually and in their Corporate Capacities,<br><br>Defendants. | CIVIL ACTION NO. 6:21-cv-02028-KEM<br><br><br>**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER** |

Plaintiffs Jonathan Davis and Alexander Holmes and Defendants J & L Investments, Inc. d/b/a McDonalds; John Freyberger; Scott Ames; and Jedidiah Kea, Individually and in their Corporate Capacities hereby move the Court for the entry of the attached Stipulated Protective Order. The parties have reviewed the Stipulated Protective Order and have stipulated to the entry of the same by this Court.

WHEREFORE, the Parties respectfully request that this Court enter the attached Stipulated Protective Order and grant such other and further relief as the Court deems just and equitable.

Dated this 23rd day of August, 2021.

| | |
|---|---|
| Jonathan Davis and Alexander Holmes<br>Plaintiffs | J & L Investments, Inc. d/b/a McDonalds; John Freyberger; Scott Ames; and Jedidiah Kea, Individually and in their Corporate Capacities, Defendants |
| */s/Gregory F. Greiner*<br>Gregory F. Greiner, AT0003094<br>5550 Wild Rose Lane, Ste. 400<br>West Des Moines, IA 50266<br>Telephone: 515-650-4399<br>Facsimile: 515-650-4388<br>Email: greg@recovery-lawyers.com<br><br>ATTORNEY FOR PLAINTIFFS | */s/Margaret A. Hanson*<br>Jo Ellen Whitney, AT008538<br>Margaret A. Hanson, AT0011866<br>Spencer Willems, AT0014087<br>DENTONS DAVIS BROWN PC<br>215 10th Street, Suite 1300<br>Des Moines, Iowa 50309<br>Telephone: (515) 288-2500<br>Facsimile: (515) 243-0654<br>Email: joellen.whitney@dentons.com<br>Email: margaret.hanson@dentons.com<br>Email spencer.willems@dentons.com<br><br>ATTORNEYS FOR DEFENDANTS |