UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN WATERLOO DIVISION

| | |
|---|---|
| JONATHAN DAVIS and ALEXANDER HOLMES, <br><br> PLAINTIFFS, <br><br> vs. <br><br> J & L INVESTMENTS, INC. d/b/a MCDONALD'S; JOHN FREYBERGER, SCOTT AMES, and JEDIDIAH KEA, Individually and in their Corporate Capacities; | Case No.: 6:21-cv-02028-KEM <br><br><br> VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) |

<u>STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)</u>

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice against the defendants pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

By: <u>*/s/: Gregory F. Greiner*</u>
Attorney for Plaintiff
5550 Wild Rose Lane, Suite 400
West Des Moines, IA 50266
Phone: (515) 650-4399
Fax: (515) 650-4388
Email: greg@recovery-lawyers.com

By: <u>*/s/: Margaret Hanson*</u>
Attorney for Defendants
215 10th Street, Suite 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Email: Margaret.hanson@dentons.com

Dated: <u>April 13, 2022</u>

Dated: <u>April 13, 2022</u>

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of April 2022, I electronically filed with the Clerk of Court the foregoing stipulation of voluntary dismissal using the electronic filing system with a copy being sent via EDMS to all counsel of record.

/s/ Gregory F. Greiner